UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 OCT 29  AM 11: 44

CLERK

BY _____
DEPUTY CLERK

IN RE: NONJUDICIAL CIVIL         )     Misc. No. 5:21-mc-152
FORFEITURE PROCEEDING            )

**ORDER EXTENDING TIME TO FILE COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE**

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through December 3, 2021, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which United States Customs and Border Protection ("CBP") initiated nonjudicial civil forfeiture proceedings and to which Michael Larrow, Sr. ("Larrow"), has asserted an interest, to wit, $13,008.00, more or less, in United States currency that Homeland Security Investigations seized from Larrow following the execution of a search warrant at his home in Grand Isle, Vermont, on July 1, 2021 (the "Subject Property"); and

The United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(l)(A) and 19 C.F.R. § 162.92, CBP provided Larrow with written notice of the seizure and of CBP's intent to forfeit the Subject Property pursuant to 21 U.S.C. §§ 881(a)(6) and 881(b);

2. On or about August 5, 2021, CBP received from Larrow, through his attorney, a claim in which Larrow asserted an interest in the Subject Property;

3. Larrow, by and through his attorney, has agreed and consented to the relief requested by the United States, to wit, an order extending, to and through December 3, 2021, the time in which the United States may file a complaint for forfeiture against the

Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture; and

4. The United States seeks the requested relief in order to permit the parties sufficient time in which to potentially resolve this matter without litigation; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, upon agreement of the parties, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through December 3, 2021.

Dated at Burlington, in the District of Vermont, this 29th day of October, 2021.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court